UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00100-FDW-DSC

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARGARET PACE CAGLE AND )<br>JAMES VANCE CAGLE, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on Plaintiff's "Motion for Discharge." (Doc. No. 19). The defendants were notified that any response was due on July 18, 2016. Defendant James Cagle, through counsel, filed a response stating no objection to the relief requested by Plaintiff. (Doc. No. 23). Defendant Margaret Cagle has not filed a response as of the date of this Order.

Plaintiff Primerica Life Insurance Company ("Primerica") requests this Court restrain each Defendant from commencing any action against Plaintiff and/or its agents with respect to the insurance policy at issue and discharge it from any and all liability in this matter, and dismiss it with prejudice from this interpleader action under its policy no. 0420205027 ("the Policy"), insuring the life of the late Vance Augustus Cagle.

It appearing to the Court, from the pleadings and per the consent hereon of Defendant James Cagle and the failure to make timely objection by Defendant Margaret Cagle, that Primerica has paid $40,375.40 into the Registry of the Court all amounts due under the Policy, that this payment fully satisfies Primerica's obligations under the Policy, and that Defendant James Cagle, through counsel, agreed to dismissal of Primerica with prejudice from this action, and Defendant Margaret Cagle failed to timely file any objection.

Consequently, Primerica's payment detailed above fully discharges their obligations under the Policy, and Primerica is hereby dismissed from this action with prejudice.

SO ORDERED.

Signed: July 25, 2016

Frank D. Whitney
Chief United States District Judge